UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TANYA LEWIS,

    Plaintiff,

v.                                                    Case No: 8:21-cv-268-CEH-JSS

METROPOLITAN LIFE
INSURANCE COMPANY,

    Defendant.

_____/

**ORDER**

The Court has been advised by the Mediator's Report (Doc. 20) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to terminate all deadlines and administratively close the file.

**DONE AND ORDERED** in Tampa, Florida on July 9, 2021.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record