UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TANYA LEWIS,**

    **Plaintiff,**

vs.                                                CASE NO.: 8:21-cv-268-CEH-JSS

**METROPOLITAN LIFE
INSURANCE COMPANY,**

    **Defendant.**
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW, the Plaintiff and the Defendant, by and through the undersigned counsel, and hereby state as follows:

Pursuant to Fed. R. Civ. P. 41(a), the parties hereby stipulate to the dismissal of this matter with prejudice, each party to bear its own costs and fees.

Date: July 21, 2021

| | |
|---|---|
| _/s/Gregory D. Swartwood_ | _/s/Jeannine C. Jacobson_ |
| Gregory D. Swartwood, Esquire | Jeannine C. Jacobson, Esquire |
| Florida Bar No. 858625 | Florida Bar No. 58777 |
| The Nation Law Firm, LLP | Latanae L. Parker, Esquire |
| 570 Crown Oak Centre Drive | Maynard, Cooper & Gale |
| Longwood, FL 32750 | 9100 S. Dadeland Blvd., Suite 1500 |
| Telephone: (407) 339-1104 | Miami, FL 33156 |
| Facsimile: (407) 339-1118 | Telephone: (305) 735-3752 |
| E-mail: gswartwood@nationlaw.com | E-mail: jjacobson@maynardcooper.com |
| Attorneys for Plaintiff | lparker@maynardcooper.com |
| | Attorneys for Defendant |