**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TANYA LEWIS,

     Plaintiff,

v.                                     Case No: 8:21-cv-268-CEH-JSS

METROPOLITAN LIFE
INSURANCE COMPANY,

     Defendant.

_____/

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 22). In accord with the Joint Stipulation of Dismissal With Prejudice, it is

**ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation of Dismissal With Prejudice is **APPROVED** (Doc. 22).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on July 22, 2021.

Charlene Edwards Honeywell
United States District Judge

**<u>COPIES FURNISHED TO</u>**:
Counsel of Record